**The below described is SIGNED.**

**Dated: March 08, 2010**

_____
**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**



_____

CALEB O LYMAN (USB #12160)
HEIDEMAN, MCKAY, HEUGLY & OLSEN L.L.C.
2696 North University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801) 812-1000
Facsimile: (801) 374-1724
Email: clyman@hmho-law.com
*Attorney for Debtor*

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Bankruptcy No. 09- 29174 |
|---|---|
| SAGE CONTRACTING, INC., | Chapter 11 |
| Debtor. | Honorable Judith A. Boulden |
|  | - Filed Electronically - |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Before the Court is a Motion to Withdraw as Counsel for Debtor, Sage Contracting, Inc. filed by Caleb O Lyman of Heideman, McKay, Heugly & Olsen, LLC. A hearing was held on February 24, 2010 regarding this matter, Findings of Fact and Conclusions of Law were recited on the record. No objections were presented, and the Motion was granted.

The Court grants the motion.

SO ORDERED.

DATED this 1st day of March, 2010.

- End of Document -

Filed: 03/01/10

Entered On Docket: 03/08/2010

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing **ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR** to be mailed, first class, postage prepaid, in the United States on this 1st day of March 2010, to all parties noted below:

David H. Leigh
Ray Quinney & Nebeker P.C.
36 South State Street
14th Floor
PO Box 45385
Salt Lake City, UT 84145

Peter J. Kuhn
US Department of Justice
Office of the US Trustee
Ken Garff Building
405 South Main Street, Suite 400
Salt Lake City, UT 84111

Sage Contracting, Inc.
881 West State Street #140-315
Pleasant Grove, UT 84062

/s/
Caleb O Lyman
Attorney for Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: fsl                  Page 1 of 1                  Date Rcvd: Mar 08, 2010
Case: 09-29174                 Form ID: pdfor1            Total Noticed: 3

The following entities were noticed by first class mail on Mar 10, 2010.
db         +Sage Contracting, Inc.,   881 West State St. #140-315,   Pleasant Grove, UT 84062-2131
aty        +Caleb O. Lyman,   Heideman, McKay, Heugly & Olsen,   2696 North University Avenue,   Suite 180,
             Provo, UT 84604-3863
tr         +Philip G. Jones tr,   853 West Center Street,   Orem, UT 84057-5201

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**         **Signature:** _Joseph Speetjens_